D/F

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINA MITCHELL, on behalf of herself and all others similarly situated, | Case No. 1:17-cv-06617-NGG-SJB |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| -against- | |
| FMA ALLIANCE, LTD, | |
| Defendant. | |

  **IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
    January 15, 2018

*So ordered,*
*s/ NGG*
*1/16/18*

            Respectfully submitted,

            By: /s/ Joseph H. Mizrahi
            Joseph H. Mizrahi, Esq.
            Joseph H. Mizrahi Law, P.C.
            300 Cadman Plaza West, 12 Floor
            Brooklyn, New York 11201
            Phone: (917) 299-6612
            Facsimile: (718) 425-8954
            *Attorneys for Plaintiff*